Opinion issued July 28, 2011.



 

 

 

 

 

              

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-01100-CR

____________

 

TERRENCE HOWARD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 174th District Court 

Harris County, Texas

Trial Court Cause No. 1216673

 

 



MEMORANDUM
OPINION








              Appellant,
Terrence Howard, attempts to appeal his September 16, 2010 conviction for aggravated
robbery.  Under Texas Rule of Appellate
Procedure 26.2(a), a notice of appeal was due on or before October 18, 2010.  See
Tex. R. App. P. 26.2(a).  Appellant filed his notice of appeal on November
15, 2010, which is 28 days beyond the deadline. 

              A
notice of appeal that complies with the requirements of Rule 26 is essential to
vest this court with jurisdiction.  See Slaton v. State, 981 S.W.2d 208, 210
(Tex. Crim. App. 1998).  The court of
criminal appeals has expressly held that, without a timely filed notice of
appeal or motion for extension of time, we cannot exercise jurisdiction over an
appeal.  See Olivo v. State, 918
S.W.2d 519, 522 (Tex. Crim. App. 1996); see
also Slaton, 981 S.W.2d at 210.

          Because the notice of
appeal in this case was untimely, we have no basis for jurisdiction over this
appeal.  Accordingly, we dismiss the
appeal for want of jurisdiction.  See Tex.
R. App. P. 25.2(d), 42.3(a), 43.2(f). 
We dismiss all pending motions as moot.

PER CURIAM

Panel consists of Chief Justice
Radack and Justices Sharp and Brown. 

Do not publish.   Tex.
R. App. P. 47.2(b).